For Clerk's Office Use

| Judge | Recd Date | Grv. |
|-------|-----------|------|
| M |  |  |

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**

**INMATE NAME:** Chadwick Baker

**PRISONER NO.:** 1057763

**PLACE OF CONFINEMENT:** River North Correctional Center

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 09 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

Chadwick Clayton Baker
Enter Full Name                Plaintiff

vs. Harold W. Clarke, A. David Robinson, Marcus Elam, Henry Ponton, Barry Kanode, B.A. White, Major Sharpe, H.J. Colna, T. Dowell, C.O. Paisley, C.O. Williams, C.O. Nester,
Enter Full Name(s)              Defendant(s)

**CIVIL ACTION NO.** 7:20CV204

A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

_____ Yes    ✓ No

B. If your answer to A is Yes, describe the action in the space below.

1. Parties to the Action: _____

_____

_____

2. Court: _____

3. Docket No.: _____

4. Judge: _____

5. Disposition: _____

(For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C. Have you filed any grievances regarding the facts of your complaint?

Yes ✓    No _____

1. If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures.

_____

2. If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

D.  **Statement of Claim** - State here briefly the facts of your case.  Describe what action(s) each defendant took in violation of your constitutional rights.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph.  Use as much space as needed.  You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.

I requested to use the restroom in my cell, cause there is no restroom in the Pod. I asked 3 times and had two other inmates ask for me (Shawn Collins and Marty Good) I was still denied access to use the bathroom in my cell cause of this I ~~Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.~~ urinated on myself. River North policy restricts access to toilets in the cell except hourly cell breaks at 15 after the hour, these are the only toilets in-mates have access too (in Cell) The last time I asked to Williams came to ~~Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.~~ the window and said "It aint going to happen to bad!" I had to wait 25 minutes in urine soaked cloths, before I could change and wash up!

E.  State what relief you seek from the Court.  Make no legal arguments, cite no cases or statutes.

① Compensatory Damages - In the amount of $5,000 per defendant. ② Injunctive relief - The Court to declare policy restricting access to toilets unconstitutional! ③ Punitive Damages - In the amount of $5,000 per defendant!

SIGNED THIS __5th__ DAY OF __April__ , 20 _20_ .

_(signature)_

_____
(Signature of Each Plaintiff)

**VERIFICATION:**

I, _Chadwick C. Baker_ , state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true.  I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights.  Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that were dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: _5th April 2020_  SIGNED: _(signature)_

Chad Baker #1057763
River North Correctional Center
329 Dellbrook Lane
Independence, VA. 24348

RECEIVED
APR 06 2020
RNCC Mailroom
Outgoing Legal Mail

VA DOC NEITHER
CENSORED NOR INSPECTED
THIS ITEM AND ASSUMES NO
RESPONSIBILITY FOR ITS CONTENTS

United States District Court
office of the Clerk
western District of Virginia
210 Franklin, Rd. SW, Suite 540
Roanoke, VA 24011



U.S. POSTAGE ≫ PITNEY BOWES
ZIP 24348
02 4W
0000366848 APR 06 2020
$ 001.0⁰⁰



RECEIVED
APR 0 9 2020
USDC Clerk's Office
Mail Room